IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROSIAN FARMS, LLC, et al., | CASE NO. CV F 12-0084 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 9.) |
| vs. | |
| MARKET 52, et al., | |
| Defendants. | |

Based on plaintiffs' notices of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;
2. VACATES all pending matters and dates, including the May 1, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

This Court will take no further action on the defense motions to dismiss.

IT IS SO ORDERED.

Dated:   April 23, 2012                              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1